LAW OFFICE OF JENNIFER E. TUCEK, PC
641 Lexington Avenue
New York, N.Y. 10022
(917) 669-6991
TucekLaw@Gmail.com

**MEMO ENDORSED**

September 26, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/28/2026

VIA ECF
Hon. Valerie E. Caproni
United States District Court
40 Foley Square, Room 2103
New York, NY 10007-1312

Re: *Veale v. VBA Arthur Avenue Inc. et al*
Case No. 26-cv-4100 (VEC)

Dear Judge Caproni:

I represent the Plaintiff, Melissa Veale, in the above-referenced matter. I write to request an adjournment of the 10/2 initial scheduling conference, as I was finally able to reach the tenant defendant, VBA Arthur Avenue Inc. on Friday, September 25. The tenant and I are engaging in settlement discussions and hope that we can resolve the matter before Defendant must retain counsel.

Regarding the landlord, the Cozza Family trust, I made substantial, and ultimately unsuccessful, efforts to serve them. I intend to discontinue *without prejudice* against that Defendant.

Plaintiff respectfully requests a 30-day adjournment of the conference to afford the Parties time to try and resolve the matter without further court intervention. Thank you.

Respectfully submitted,

/s/ Jennifer E. Tucek
Jennifer E. Tucek

Application DENIED WITHOUT PREJUDICE. The pretrial conference currently scheduled in this matter for Friday, October 2, 2026, is hereby ADJOURNED *sine die*. Plaintiff may request a new date for the pretrial conference if Defendants enter an appearance in this action.

If no Defendants enter an appearance, Plaintiff must either file a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a) as to this action in its entirety or move for default judgment no later than **Friday, October 9, 2026**.

SO ORDERED.

09/28/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE