MEMO ENDORSED

LAW OFFICE OF JENNIFER E. TUCEK, PC
641 Lexington Avenue
New York, N.Y. 10022
(917) 669-6991
TucekLaw@Gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 10/08/2026

October 7, 2026

VIA ECF
Hon. Valerie E. Caproni
United States District Court
40 Foley Square, Room 2103
New York, NY 10007-1312

Re: *Veale v. VBA Arthur Avenue Inc. et al*
Case No. 26-cv-4100 (VEC)

Dear Judge Caproni:

I represent the Plaintiff, Melissa Veale, in the above-referenced matter. I write to request a one-week extension of time to file a default motion against Defendant VBA Arthur Avenue. The undersigned has spoken with the Defendant, and subsequently Defendant's counsel, James Monteleon, Esq. We are diligently attempting to resolve the matter. Any immediate default motion would be futile, as Defendant would oppose it on the ground that we are engaged in settlement discussions. I have conveyed to Mr. Monteleon the urgency of the matter and am very hopeful that we can resolve the case in the next few days. In the event we do not resolve, Defendant is now aware of the matter and will either appear or face a possible default judgment. Regarding the landlord Defendant, the Cozza Family trust, I made substantial, and ultimately unsuccessful, efforts to serve them. I intend to discontinue without prejudice against that Defendant today.

Plaintiff respectfully requests a one-week extension of time to file her default motion. Thank you.

Respectfully submitted,

/s/ Jennifer E. Tucek
Jennifer E. Tucek

Application to adjourn Plaintiff's time to move for default is DENIED WITHOUT PREJUDICE. Plaintiff may renew the request to adjourn her time to move for default judgment if the remaining Defendant appears in this action.

SO ORDERED.

10/08/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

.